**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: V.I.M.B. | : | No. 640 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: H.M.J., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: N.H.B. | : | No. 641 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: H.M.J., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: J.T.C.B. | : | No. 642 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: H.M.J., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.